IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEQUOIA FORESTKEEPER, a non-profit organization, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 09-cv-01519-OWW-SMS |
| JOHN EXLINE, in his official capacity as District Ranger for the Hume Lake District of the Sequoia National Forest, TINA TERRELL, in her official capacity as Forest Supervisor of the Sequoia National Forest, and the UNITED STATES FOREST SERVICE, | ) ) ) ) ) ) ) ) | **ORDER ENTERING BRIEFING SCHEDULE** |
| Defendants, | ) ) | |

After consideration of the stipulation submitted by the parties, the Court enters the following schedule for briefing in this case:

| | |
|---|---|
| Plaintiff's PI Motion and Memorandum | August 31, 2009 |
| Defendants' Opposition to Plaintiffs' PI Motion | September 11, 2009 |
| Plaintiff's Reply PI Memorandum | September 16, 2009 |
| Hearing on PI | September 23, 2009 at 3:00 pm. |

IT IS SO ORDERED.

**Dated:   September 3, 2009**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

ORDER