UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN EXLINE, IN HIS OFFICIAL CAPACITY, FOREST SUPERVISOR TINA TERRELL, IN HER OFFICIAL CAPACITY, UNITED STATES FOREST SERVICE,<br><br>        Defendants. | 1:09-CV-01519 OWW SMS<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   October 13, 2009**             /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE

1